FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2010 AUG 25 PM 12: 15
DISTRICT OF UTAH
MAIL

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| PAMELA TOMNEY, | Bankruptcy No. 08-23791 |
|  | (Chapter 7) |
| Debtor(s) | Judge Joel T. Marker |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

   ___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

   ✔ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Roundup Funding LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $4.62 |
| | Premier Bankcard/Charter<br>PO Box 2208<br>Vacaville, CA 95696 | $2.99 |



A check in the amount of $7.61 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: August 23, 2010

_____
DAVID L. MILLER
Chapter 7 Trustee